# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-13-00445-CR
NO. 03-13-00446-CR

**Stephen Hollar, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
NOS. CR-12-0625 & CR-13-0100, HONORABLE JACK H. ROBISON, JUDGE PRESIDING**

# O R D E R

**PER CURIAM**

Appellant has filed a fourth motion for extension of time to file his brief. We grant the motion and extend the deadline to April 4, 2014. Counsel is cautioned that failure to file a brief by that date will result in the abatement of this appeal for a hearing pursuant to rule 38.8(b). *See* Tex. R. App. P. 38.8(b).

It is ordered March 19, 2014.

Before Justices Puryear, Goodwin, and Field